GEORGE WILSON v. THE STATE.

*No. 1370. Decided November 18th, 1896.*

Carrying Pistol—Appeal—Jurisdiction on.

When the record on appeal from a conviction for carrying a pistol, fails to show that defendant is in jail, or that he entered into a recognizance for the appeal, the jurisdiction of this court does not attach and the appeal will be dismissed.

APPEAL from the County Court of Fort Bend. Tried below before Hon. JOHN A. BALLOWE, County Judge.

Appeal from a conviction for unlawfully carrying a pistol; penalty, a fine of $25.

*Mann Trice*, Assistant Attorney-General, for the State, moved to dismiss the appeal, because there was no recognizance in the record, and it failed to show that appellant was in jail.

DAVIDSON, JUDGE.—Appellant was convicted for carrying on and about his person a pistol, and prosecutes an appeal to this court. This record fails to show that appellant is in jail, and it does not contain a recognizance; hence the jurisdiction of this court has not attached. The motion of the Assistant Attorney-General is sustained, and the appeal is dismissed.

*Dismissed.*